## HARTFORD COUNTY, SEPTEMBER TERM, A. D. 1792.

### BEACHER V. BRAY.

Collectors have no authority to sell lands for payment of taxes, at any other time or place than that set in the advertisement, and cannot adjourn the vendue by letter.

ACTION of trover for a pair of oxen, a cow, etc. which the defendant had taken as collector, and sold for taxes, damage £25. Plea — Not guilty. Issue to the jury.

The plaintiff claimed these cattle upon the ground, that when the defendant took and sold them, there was nothing due for taxes, but that they had all been paid by a piece of land which the defendant had levied upon, and advertised to be sold as the law directs; but on the day of sale the defendant was so unwell that he could not attend the vendue, he wrote a letter and thereby adjourned the vendue to a future day, and then attended and sold said land to one          Pardey.

The question of law upon which this case turned was —
Whether this was a valid sale, and whether the collector had
right thus to adjourn the vendue.

The jury found a verdict for the plaintiff, from which the
court dissented, and gave their opinion upon the question of
law. The authority of the collector is by statute, and that
authority must be pursued.

The statute is — That the collector shall distrain goods and
chattels if to be had, but if no goods or chattels can be found,
or shall be tendered, he shall attach the real estate of such
person, if to be found within his precincts, etc.

That when real estate shall be taken as aforesaid, the officer
taking the same shall proceed to sell and dispose thereof at
public auction, sufficient for payment of such taxes charged
against the owner, and to satisfy the legal cost and fees. Pro-
vided nevertheless, that the time and place of sale for pay-
ment of such taxes shall be advertised by the collector, three
weeks in some public newspaper in this state, at least six
weeks before such sale.

Here it is expressly required that the time and place of sale
should be advertised three weeks in some public newspaper
in this state, at least, six weeks before such sale; and the col-
lector cannot by letter or otherwise alter the time and place
thus advertised and fixed; nor will the law validate a sale
made at any other time or place. This may appear to be an
inconvenience, but the law has made no provision to remedy
it. Had the collector attended and opened the vendue, and
no bidders appeared, he might doubtless have adjourned, but
that was not the case.

DYER and WOLCOTT, JJ., were of a different opinion. The
jury adhered to their verdict.